IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
Indianapolis Division

| | | |
|---|---|---|
| MALIBU MEDIA, LLC | ) | Case No.: 1:12-cv-01748-SEB-MJD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW HARDEN, BILL COX, | ) | |
| SHIV SINGH, and JOHN DOE 3, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| SHIV SINGH, | ) | |
| | ) | |
| Counter Claimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Counter Defendant. | ) | |

## NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING MOTION TO REQUIRE PLAINTIFF TO POST BOND FOR COSTS AND EXPENSES

Bill Cox ("Defendant"), by counsel, hereby submits supplemental authority in support of his Motion To Require Plaintiff To Post Bond For Cost And Expenses. (Doc. 34).

As discussed in Defendant's motion, a court has discretion in deciding whether a Plaintiff should be required to post a bond, and at least one other court has required a BitTorrent pornography plaintiff to post bond.

On August 7, 2013, another court went even further, and barred the BitTorrent plaintiff Guava LLC and its counsel from even *filing* any new suits against John Does or ISPs unless they first post a $10,000 bond *and* obtained a certificate of authority from the Secretary of State:

"9. Plaintiff Guava LLC, Michael K. Dugas, Esq., Alpha Law Firm LLC and any of their agents, officers, directors, employees, representatives, affiliates, and successors, are hereby enjoined from filing any future civil action against the John Does or the ISPs, without first posting a bond with the Court in the amount of $10,000, or such other amount as the Court deems appropriate, and without first obtaining a certificate of authority from the Minnesota Secretary of State."

*Guava LLC v. Spencer Merkel*, Order Awarding $63,367.52 in Attorney's Fees and Costs; Case 27-CV-12-20976 (D.C. Minn. August 7, 2013) (Exhibit 1).

This court should follow the reasoning of the *Guava LLC*, and require Plaintiff Malibu Media to post a bond.

Respectfully submitted,

By: s/John M. Bradshaw
John M. Bradshaw
**OVERHAUSER LAW OFFICES LLC**
740 W. Green Meadows Dr., Suite 300
Greenfield, IN 46140-4019
Phone: 317-891-1500
Fax: 866-283-8549
Attorney for Defendant Bill Cox

### EXHIBITS

| 1 | *Guava LLC v. Spencer Merkel*, Order Awarding $63,367.52 in Attorney's Fees and Costs; Case 27-CV-12-20976 (D.C. Minn. August 7, 2013) |
|---|---|

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing is being filed electronically this 12th day of August, 2013, and notice hereof will automatically be sent to the following by operation of the Court's electronic filing system and to the following *pro se* Defendant by First Class United States Mail, postage prepaid, addressed to:

      Matthew Harden
      303 N. Tyrone Dr.
      Muncie, IN 47304

      By:   s/John M. Bradshaw
             John M. Bradshaw

John M. Bradshaw
OVERHAUSER LAW OFFICES LLC
740 W. Green Meadows Dr., Suite 300
Greenfield, IN 46140-4019
Phone: 317-891-1500
Fax: 866-283-8549
jbradshaw@overhauser.com
*Attorneys for Defendant Bill Cox*

iii